UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT NO. CR 605-23 |
| | ) | VIO: 18 U.S.C. § 371, CONSPIRACY |
| v. | ) | |
| | ) | 18 U.S.C. § 513, POSSESSION OF |
| | ) | COUNTERFEIT SECURITIES |
| JONATHAN HAYES MORRIS a/k/a | ) | |
| WILLIAM HAROLD CREAMER, | ) | 18 U.S.C. § 922(g)(1), FELON IN |
| DUSTIN LEE WALKER, | ) | POSSESSION |
| CHRISTOPHER DOWD, and | ) | |
| MATTHEW COLLINS | ) | 18 U.S.C. § 2, AIDING AND ABETTING |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Conspiracy)

<u>THE CONSPIRACY AND ITS OBJECTIVES</u>

1. Beginning on a date unknown to the Grand Jury and continuing at least until on or about January 27, 2005, in Bulloch County and Appling County, and elsewhere within the Southern District of Georgia, and elsewhere, the defendants,

**JONATHAN HAYES MORRIS a/k/a WILLIAM HAROLD CREAMER, DUSTIN LEE WALKER, CHRISTOPHER DOWD, and MATTHEW COLLINS**

aided and abetted by each other and others, did knowingly and wilfully combine, conspire, confederate and agree together and with each other and with others, including unindicted co-conspirators A.L., D.C. and D.W., and others known and unknown to the Grand Jury, to commit the following offense: Possession of a Counterfeit Obligation of an Organization, in violation of Title 18, United States Code, Section 513(a), in violation of Title 18, United States Code, Sections 2 and 371.

<u>OBJECTS OF THE CONSPIRACY</u>

2. It was an object of the conspiracy to illegally obtain money and property by making,

possessing and uttering counterfeit securities of organizations, which securities, though purporting to be genuine, had been falsely made or manufactured in their entirety; and

3. It was further an object of the conspiracy to avoid detection and apprehension.

## MANNER AND MEANS OF THE CONSPIRACY

4. Among the manner and means by which the defendants would carry out the conspiracy and effect its unlawful objects were the following:

A. It was a part of the conspiracy that the defendants, with the intent to deceive, manufactured counterfeit securities of organizations, to wit, counterfeit business checks that were made to appear to be genuine payroll checks issued by various companies operating in Georgia, and Florida;

B. It was further part of the conspiracy that defendants illegally obtained money and property by uttering and negotiating the counterfeit payroll checks manufactured by the defendants at various business establishments in Georgia, Florida and elsewhere.

## OVERT ACTS

5. In furtherance of the conspiracy and to effect the objects and purposes thereof, the defendants committed overt acts in the Southern District of Georgia and elsewhere, including, but not limited to, the following:

A. On or about December 20, 2004, defendant MATTHEW COLLINS uttered and negotiated a counterfeit payroll check, Number 980006, purportedly drawn on the Bank of America Account of Savannah Steel Works in the amount of $486.41, by presenting said check for payment to BI-LO at the Statesboro Mall in Bulloch County, within the Southern District of Georgia;

B.   On or about December 21, 2004, defendant JONATHAN HAYES MORRIS a/k/a WILLIAM HAROLD CREAMER uttered and attempted to negotiate a counterfeit payroll check, Number 900801, purportedly drawn on the Bank of America Account of Stanley Steemer in the amount of $498.17, by presenting said check for payment to BI-LO at the Statesboro Mall in Bulloch County, within the Southern District of Georgia;

C.   On or about January 23, 2005, defendant CHRISTOPHER DOWD, uttered and negotiated a counterfeit payroll check by presenting the check for payment to John's Country Junction in Vidalia, Georgia, within the Southern District of Georgia;

D.   On or about January 23, 2005, defendants JONATHAN HAYES MORRIS a/k/a WILLIAM HAROLD CREAMER, DUSTIN LEE WALKER, and CHRISTOPHER DOWD, along with unindicted co-conspirators A.L. and D.W., traveled from the Southern District of Georgia to Florida;

E.   Between on or about January 23, 2005 and on or about January 27, 2005, while traveling in Florida, defendants JONATHAN HAYES MORRIS a/k/a WILLIAM HAROLD CREAMER, DUSTIN LEE WALKER, and CHRISTOPHER DOWD, along with unindicted co-conspirators A.L. and D.W., aided and abetted by each other, made, uttered, negotiated and attempted to negotiate counterfeit payroll checks;

F.   On or about January 27, 2005, in furtherance of the conspiracy, defendant JONATHAN HAYES MORRIS a/k/a WILLIAM HAROLD CREAMER rented a room in the name of William Creamer at the Scottish Inns Motel in Baxley, Georgia, within the Southern District of Georgia;

All done in violation of Title 18, United States Code, Sections 371 and 2.

## COUNT TWO
### (Possessing and Uttering Counterfeit Security of An Organization)

6.  On or about December 20, 2004, in Bulloch County, in the Southern District of Georgia, the defendant,

### MATTHEW COLLINS

aided and abetted by others, knowingly and willfully, with the intent to defraud, did possess and utter a counterfeit security of an organization which operates in and which activities affect interstate or foreign commerce, namely a December 20, 2004 payroll check No. 980006, purportedly drawn on the Bank of America account of Savannah Steel Works, made payable to Matthew Collins in the amount of $486.41, which check, though purporting to be genuine, had been falsely made or manufactured in its entirety.

All done in violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT THREE
### (Possessing and Uttering Counterfeit Security of An Organization)

7.  On or about December 21, 2004, in Bulloch County, in the Southern District of Georgia, the defendant,

### JONATHAN HAYES MORRIS a/k/a WILLIAM HAROLD CREAMER

aided and abetted by others, knowingly and willfully, with the intent to defraud, did possess and utter a counterfeit security of an organization which operates in and which activities affect interstate or foreign commerce, namely a December 20, 2004 payroll check No. 900801, purportedly drawn on the Bank of America account of Stanley Steemer, made payable to Jonathan Morris in the amount of $498.17, which check, though purporting to be genuine, had been falsely made or manufactured in its entirety.

All done in violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT FOUR
(Possession of Firearm by a Felon)

8. That on or about January 27, 2005, in Appling County, in the Southern District of Georgia, and elsewhere within the Southern District of Georgia, the defendants,

**JONATHAN HAYES MORRIS a/k/a WILLIAM HAROLD CREAMER, and DUSTIN LEE WALKER**

aided and abetted by each other, and each of whom before that time had been convicted of a felony, an offense punishable by imprisonment for at least one year, that is,

(JONATHAN HAYES MORRIS FELONY CONVICTIONS)

Burglary, offense occurring on June 28, 1998, conviction entered January 31, 2001 in the Superior Court of Candler County, Georgia, Case Number 00-CR-17-B;

Theft by Taking, offense occurring on June 29, 1998, conviction entered January 31, 2001 in the Superior Court of Candler County, Georgia, Case Number 00-CR-17-B;

Arson, offense occurring on June 29, 1998, conviction entered January 31, 2001 in the Superior Court of Candler County, Georgia, Case Number 00-CR-17-B;

(DUSTIN LEE WALKER CONVICTIONS)

Burglary, offense occurring on November 18, 2001, conviction entered February 19, 2002, in the 6th Circuit Court of Pinellas County, Florida, Case Number 0118709;

did both knowingly possess, aided and abetted by each other, in and affecting interstate or foreign commerce, firearms, that is:

a Smith and Wesson .38 caliber revolver; and
a Charter Arms .38 caliber revolver;

which before January 27, 2005, had been transported in interstate or foreign commerce.

All done in violation of Title 18, United States Code, Sections 2, 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

_____
LISA GODBEY WOOD
UNITED STATES ATTORNEY

_____
Frederick W. Kramer
Assistant United States Attorney

_____
Joseph D. Newman
Assistant United States Attorney

_____
Robert M. Brennan
Assistant United States Attorney *
Georgia Bar No.079789
*Lead Attorney

6